**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403**

John Poullard
In Proper Person
250 North Street
Eunice LA 70535

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on April 15, 2026

**REHEARING ACTION: April 15, 2026**

**Docket Number: 25   00363-CA**

**SUCCESSION OF
GEORGE FISHER**

**Appealed from St. Landry Parish Case No. 13-C-1294-A**

<u>**BEFORE JUDGES**</u>**:**

　　**Hon. Van H. Kyzar
　　Hon. Candyce G. Perret
　　Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing and request for En Banc filed by **Shawn Poullard and John**

**Poullard and** has this day been

　　**DENIED.**

cc: Donald Ray Richard, Jr., Counsel for the Appellee
　　Shawn Poullard, Counsel for the Appellant